# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

PHILLIP DEWAYNE STEWART                                                    PETITIONER

v.                               4:22-cv-00037-BRW-JJV

DEXTER PAYNE                                                              RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED and the requested relief is DENIED.

2. No certificate of appealability shall issue.

SO ORDERED this 10th day of March, 2022.

                                                BILLY ROY WILSON
                                                BILLY ROY WILSON
                                                UNITED STATES DISTRICT JUDGE