# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

PHILLIP DEWAYNE STEWART                                         PETITIONER

v.                            4:22-cv-00037-BRW-JJV

DEXTER PAYNE                                                    RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

SO ORDERED this  10th  day of  March , 2022.

                                                  BILLY ROY WILSON
                                                  BILLY ROY WILSON
                                                  UNITED STATES DISTRICT JUDGE